**Order entered August 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00647-CV

**STACEY REED, Appellant**

**V.**

**STEPHEN REED, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51554-2013**

## ORDER

We **GRANT** appellant's August 20, 2015 second motion for extension of time to file the docketing statement and appellate record and **ORDER** each be filed no later than September 18, 2015. We caution appellant that no further extensions may be granted absent exigent circumstances. Because appellant has not submitted any documentation showing she has been found to be entitled to proceed without payment of costs, we further caution appellant that failure to file the reporter's record may result in the appeal being submitted without the reporter's record and failure to file the clerk's record may result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 37.3(b),(c), 42.3(b),(c).

/s/     CRAIG STODDART
        JUSTICE